ORIGINAL

FILED

MAR 06 2014

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

Encompass Indemnity Company

    Plaintiff,

v.

Omega Flex, Inc.

    Defendant.

Case No. 3:14-CV-84

## MOTION FOR ADMISSION PRO HAC VICE

The undersigned, counsel for Encompass Indemnity Company,

moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1). **FILING FEE = $90.00**

[✓] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

    Georgia

[✓] **AND** I am a member in good standing of another U.S. District Court. A certificate of good standing from the **DISTRICT** court is attached. ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(2). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 3/4/2014

(Signature–hand signed)

Name: David M. Bessho
Firm: Cozen O'Connor
Address:

    303 Peachtree Street NE, Suite 2200, Atlanta, GA 30308

Email address: dbessho@cozen.com

Once your motion is granted, you must register for a CM/ECF account at
http://www.tned.uscourts.gov/RegistrationForm.php.

\* \* \* INCLUDE CERTIFICATE(S) OF SERVICE \* \* \*